IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3073 |
| | ) | |
| V. | ) | |
| | ) | |
| JASON VAN SIMS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that a hearing on defendant's motion to reopen detention hearing (filing 18) is set on Thursday, July 16, 2009, at 8:30 a.m., before the undersigned United States district judge, in Courtroom No. 1. Pretrial Services shall advise counsel and the undersigned as to whether the proposal is acceptable and, if so, to suggest conditions of release.

DATED this 10th day of July, 2009.

BY THE COURT:

*S/Richard G. Kopf*
United States District Judge