IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3073 |
| | ) | |
| V. | ) | |
| | ) | |
| JASON VAN SIMS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On the oral motion of the government, and without objection by the defendant,

IT IS ORDERED that Defendant Sims' sentencing is continued to Tuesday, November 24, 2009, at 4:30 p.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

DATED this 19th day of October, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge